

FILED
CLERK, U.S. DISTRICT COURT
JUL 7 2021
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ORDONEZ,<br><br>Defendant. | Case No. 2:16-CR-00675-DMG-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On July 7, 2021, Defendant Daniel Ordonez ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of probation issued in this matter, Case No. 2:16-CR-00675-DMG-1. The Court appointed Deputy Federal Public Defender Adithya Mani to represent Defendant.

///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☐ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Prior conviction on Court-ordered supervision;
- Current violations on State probation;
- Mental health disorder co-occurring with substance abuse;
- Prior failures to appear;
- Lack of bail resources;
- Lack of stable residence;
- Lack of stable employment.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Nature of instant allegations;
- Prior conviction on Court-ordered supervision;
- Current violations on State probation;
- Criminal history;
- Mental health disorder co-occurring with substance abuse.

## III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: July 7, 2021

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE